**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISEO GERMAN,<br><br>               Petitioner,<br><br>    vs.<br><br>ROBERT A. HOREL, WARDEN,<br><br>               Respondent. | CASE NO. CV 08-04543 AHM (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: December 16, 2009

*[signature]*

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE